FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Guaranty Bank, Plaintiff–Appellant,

v.

DEUTSCHE BANK SECURITIES, INC. and Goldman, Sachs & Co., Defendants–Appellees.

Federal Deposit Insurance Corporation, as Receiver for Strategic Capital Bank, Plaintiff–Appellant,

v.

Deutsche Bank Securities, Inc., Defendant–Appellee.

Federal Deposit Insurance Corporation, as Receiver for Colonial Bank, Plaintiff–Appellant,

v.

Barclays Capital Inc.; et al., Defendants–Appellees.

Federal Deposit Insurance Corporation as Receiver for Franklin Bank, S.S.B., Plaintiff–Appellant,

v.

BNP Paribas Securities Corporation and Deutsche Bank Securities, Inc., Defendants–Appellees.

No. 13–56675, No. 13–56781, No. 13–56783, No. 14–57014

United States Court of Appeals, Ninth Circuit.

Argued and Submitted December 8, 2015 Pasadena, California

FILED June 8, 2016

David S. McLeod, Esquire, Litigation Counsel, McLeod, Moscarino, Witham & Flynn LLP, Los Angeles, CA, Joseph Brooks, Duncan N. Stevens, Attorney, FDIC—Federal Deposit Insurance Corporation, Legal Division/Appellate Unit, Arlington, VA, for Plaintiffs–Appellants.

David J. Grais, Grais & Ellsworth LLP, New York, NY, for Plaintiffs–Appellants Federal Deposit Insurance Corporation, as Receiver for Guaranty Bank (Case No. 13–56675), Federal Deposit Insurance Corporation, as Receiver for Colonial Bank (Case No. 13–56783), Federal Deposit Insurance Corporation as Receiver for Franklin Bank, S.S.B. (Case No. 14–57014).

Jaclyn Chait Taner, Counsel, FDIC—Federal Deposit Insurance Corporation, Legal Division/Appellate Unit, Arlington, VA, for Plaintiffs–Appellants Federal Deposit Insurance Corporation, as Receiver for Guaranty Bank (Case No. 13–56675), Federal Deposit Insurance Corporation as Receiver for Franklin Bank, S.S.B. (Case No. 14–57014).

Jerome A. Madden, Esquire, Counsel, FDIC—Federal Deposit Insurance Corporation, Legal Division/Appellate Unit, Arlington, VA, for Plaintiffs–Appellants Federal Deposit Insurance Corporation, as Receiver for Strategic Capital Bank (Case No. 13–56781), Federal Deposit Insurance Corporation, as Receiver for Colonial Bank (Case No. 13–56783).

Dean Joel Kitchens, Alexander Kosta Mircheff, Esquire, Attorney, Los Angeles, CA, Mark Andrew Perry, Counsel, Washington, DC, Gibson, Dunn & Crutcher LLP, for Defendants–Appellees Deutsche Bank Securities, Inc., Goldman, Sachs & Co. (Case No. 13–56675), Barclays Capital Inc., Credit Suisse Group Securities (USA) LLC, Edward D. Jones and Co., LP, RBS Securities, Inc. (Case No. 13–56783), BNP Paribas Securities Corporation (Case No. 14–57014).

Michael J. Dell, Kramer Levin Naftalis & Frankel LLP, New York, NY, for Amici Curiae Securities Industry and Financial Markets Association, Clearing House Association L.L.C.

William M. Jay, Washington, DC, Joshua M. Daniels, Attorney, Boston, MA, Goodwin Procter LLP, for Amicus Curiae The Business Roundtable.

Before: D.W. NELSON, REINHARDT, and NGUYEN, Circuit Judges.

## ORDER *

The stipulated motion to voluntarily dismiss these appeals under Federal Rule of Appellate Procedure 42(b) is granted. Each party shall bear its own costs.

**These appeals are DISMISSED.**

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.